**Order entered July 2, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01232-CR

## CHARLES WAYNE PHIFER, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 1
### Dallas County, Texas
### Trial Court Cause No. F18-00169-H

## ORDER

Before the Court are appellant's June 28, 2019 motions for a final extension of time to file appellant's brief and to supplement the clerk's record and reporter's record. We **GRANT** both motions. We **ORDER** appellant's brief filed as of the date of this order.

We **ORDER** the Dallas County District Clerk to file, within **THIRTY DAYS** of the date of this order, a supplemental clerk's record containing all documents filed in cause numbers F17-00662-H and F16-30412-H.

The record shows the reporter's record in this case was prepared by court reporters Crystal R. Jones and Robin Benton. The record does not show who reported the earlier proceedings in cause numbers F17-00662-H and F16-30412-H. Accordingly, we **ORDER** Official Court Reporter Sharyl Zeno to determine what court reporters were present for

proceedings in cause numbers F17-00662-H and F16-30412-H and to coordinate the filing, within **THIRTY DAYS** of the date of this order, of a supplemental reporter's record containing the reporter's records of all proceedings for which a reporter was present in cause numbers F17-00662-H and F16-30412-H.

We **DIRECT** the Clerk to transmit a copy of this order, by electronic transmission, to Felicia Pitre, Dallas County District Clerk; Official Court Reporter Sharyl Zeno, Criminal District Court No. 1; court reporters Crystal R. Jones and Robin Benton; and to counsel for the parties.

/s/     CORY L. CARLYLE
JUSTICE